(December 9, 1999)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY CARTER, Appellant. [700 NYS2d 407] —Appeal from a judgment of the County Court of Columbia County (Leaman, J.), rendered October 31, 1997, convicting defendant upon his plea of guilty of the crimes of criminal sale of a controlled substance in the third degree (three counts) and criminal possession of a controlled substance in the seventh degree (three counts).

The record demonstrates that defendant pleaded guilty to three counts of criminal sale of a controlled substance in the third degree and three counts of criminal possession of a controlled substance in the seventh degree and was sentenced as a second felony offender to an aggregate prison term of 9 to 18

years.* Defendant now argues that this sentence was harsh and excessive given, *inter alia*, defendant's admission of his culpability. Nevertheless, a sentence within permissible statutory ranges will not be disturbed unless extraordinary circumstances exist warranting a modification in the interest of justice (*see, People v Dolphy*, 257 AD2d 681, 685, *lv denied* 93 NY2d 872). Here, given defendant's criminal record and the details contained in the record, we find no reason to disturb the sentence (*see, id.*).

Mercure, J. P., Peters, Spain, Graffeo and Mugglin, JJ., concur. Ordered that the judgment is affirmed.

---

* Defendant was sentenced to concurrent definite prison terms of one year on the three possession counts and prison terms of 9 to 18 years for the three sale counts, two of which were to run concurrent with each other and one of which was to run consecutive to the other two.